IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARVIN JONES,         *

    Plaintiff,           *

v.           *     Civil Action No. GLR-18-1833

LT. SMITH, et al.,     *

    Defendants.       *

\*\*\*\*\*

## **ORDER**

For reasons stated in the foregoing Memorandum Opinion, it is this day of 26th March, 2019, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk shall AMEND the docket to reflect the correct spelling of Defendant Officer E. Niland's name;

2. WCI Defendants' Motion to Dismiss (ECF No. 13) is GRANTED;

3. Defendant "WCI Staff" is DISMISSED;

4. The Complaint is DISMISSED WITHOUT PREJUDICE;

5. The Clerk shall CLOSE this case; and

6. The Clerk shall SEND a copy of this Order to Jones at his address of record.

/s/
_____
George L. Russell, III
United States District Judge